UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF THE STATE OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 96-40623 |
| White Trailer, Inc. AKA White Trailer Corporation, | )      (Chapter 7) <br> ) <br> ) |
| DEBTOR | |

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Locrite Machine & Manufacturing, Inc. (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1   Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $2,120.53. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to  1 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant  in this case and for such further and other relief as is just and appropriate.

Locrite Machine & Manufacturing, Inc.
SSN/EIN 36-3861383

By: *W. Anthony Walker* (signature)
W. Anthony Walker, ID # 19911-45
4858 Broadway
Gary, IN  46408
(219) 887-2626
Attorney for Locrite Machine & Manufacturing, Inc./Greg Griffith

## CERTIFICATE OF MAILING

I hereby certify that on _August 19, 2009_, I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
5400 Federal Plaza
Hammond, IN 46320

United States Trustee
555 One Michiana Avenue
100 Wayne Street
South Bend, IN 46601

*W. Anthony Walker*

_____
W. Anthony Walker, ID # 19911-45