UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF THE STATE OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:<br>White Trailer, Inc. AKA White Trailer Corporation,<br><br>DEBTOR | ) Case No. 96-40623<br>)      (Chapter 7)<br>)<br>) |

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of MidAmerican Truck Maintenance, Inc. SSN/EIN 43-1641714 (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $6,034.29) be paid to MidAmerican Truck Maintenance, Inc. in care of W. Anthony Walker, 4858 Broadway, Gary, IN, 46408.

Dated this    day of            200_.

_____
United States Bankruptcy Judge

CC: Nancy Noecker, South Bend Division