IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| WHITE TRAILER CORPORATION F/K/A | ) | CHAPTER 7 |
| MONON CORPORATION & WHITE | ) | CAUSE NO. 96-40623 |
| TRAILER, INC., F/K/A MONON | ) | |
| TRAILER, INC. | ) | |
| | ) | |
| DEBTOR(S) | ) | |

**MOTION TO RECOVER UNCLAIMED FUNDS**

Comes now, Crane Composites, Inc., creditor, by Dilks and Knopik, under a power of attorney through its attorney, Alan D. Naggatz, and moves the Court for an Order pursuant to N.D. Ind. L. B. R. B-3011-1 for release of unclaimed funds deposited with the Clerk of the Court pursuant to 11 U.S.C. § 347(a), Fed. R. Bankr. P. 3011 and in support thereof states as follows:

1. The creditor is entitled to distribution of the unclaimed funds in the amount of $2,487.41.

2. That said funds were first sent by the Trustee to the creditor at Box 360530, Strongsville, OH 44136. The said check was never received by the creditor nor the check cashed as stated in the Notice of Unclaimed Funds filed by the trustee on May 14, 2009.

3. Sequentia, Inc. is a subsidiary of Kemlite Company, Inc. as evidence by Exhibit A. Kemlite Company, Inc. changed its name to Crane Composites, Inc., as evidenced by Exhibit B.

4. The claimant's current mailing address, phone and social security/tax identification number are:

    Crane Composites, Inc.
    Attn: John O'Sullivan - Vice President of Finance
    23525 West Eames Street
    Channahon, IL 60410
    815-467-8913
    SSN/TIN: xx-xx8005

5. Dilks & Knopik, LLC has been appointed by Crane Composites, Inc. as its Attorney-in-Fact who is duly authorized by the attached original Power of Attorney and supporting documentation to apply for these funds. Dilks & Knopik, LLC is acting

      through its Attorney, Alan D. Naggatz, Attorney, of the Law Office of Alan D. Naggatz to recover these funds on behalf of Crane Composites, Inc.

6. Applicant has no knowledge that this claim has been previously paid or that any party other than the claimant is entitled to these funds.

7. That notice is served upon the United States Attorney pursuant to Fed. R. Bankr. P. 7004.

8. That the Court take judicial notice of the Trustee's Notice of Deposit of Unclaimed Funds filed May 14, 2009 and Trustee's Final Report and Distribution Summary in granting this motion.

9. Wherefore Applicant moves the Court for an Order releasing the unclaimed funds in the amount of $2,487.41 made payable to Crane Composites, Inc. c/o Dilks & Knopik, LLC, and it's attorney Alan D. Naggatz, 175 W. Lincolnway, Suite I, Valparaiso, IN 46383 and for such other relief is just and proper.

DATED: September 18, 2009                                Respectfully Submitted,

                                                 /s/ Alan D. Naggatz
                                                 Alan D. Naggatz/17479-64
                                                 175 W. Lincolnway, Suite I
                                                 Valparaiso, IN 46383
                                                 (219) 476-7222

## **CERTIFICATE OF SERVICE**

      I certify that onSeptember 18, 2009, service of true and complete copies of this Motion was made upon the following Distribution List herein, electronic filing notice or by depositing the same in the United States Mail, properly addressed with sufficient first class postage affixed.

                                                 /s/ Alan D. Naggatz

Distribution:
Trustee: Daniel L. Freeland, 9105 Indianapolis, Blvd., Highland, IN 46322 (electronic notice)
US Trustee, 100 East Wayne Street, Room 555, South Bend, IN 46601 (electronic notice)
US Attorney, 5400 Federal Plaza, Suite 1500, Hammond, IN 46320 (1st class mail)