UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| WHITE TRAILER, INC. | ) | CASE NO.  96-40623 |
| | ) | |
| | ) | |
| Debtors | ) | |

### ORDER

On September 22, 2009, Mid-American Truck Maintenance, Inc. filed a certificate of service concerning a notice of the opportunity to object to a motion for unclaimed funds filed on September 11, 2009. Yet, that motion was denied, without prejudice, by the court's order of September 17, 2009. Since the motion which is the subject of the recent notice to creditors has already been ruled on, the court will take no action as a result thereof.

SO ORDERED.

Dated: September 24, 2009

/s/ Robert E. Grant
Judge, United States Bankruptcy Court