UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN THE MATTER OF: )
)
WHITE TRAILER, INC. )   CASE NO.   96-40623
)
)
Debtor )

### ORDER DENYING PAYMENT OF FUNDS

At Fort Wayne, Indiana, on  October 22, 2009

The application for payment of unclaimed funds, filed on behalf of Crane Composites, Inc., is DENIED, without prejudice to resubmission, due to the failure to comply with the requirements of N.D. Ind. L.B.R. B-3011-1(b), (c).  The court also notes that the notice which accompanied the motion asks that objections be mailed to an address for the clerk's office which is incorrect.

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court