UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| WHITE TRAILER, INC. | ) | CASE NO.   96-40623 |
| | ) | |
| | ) | |
| Debtor | ) | |

### ORDER DENYING PAYMENT OF FUNDS

At Fort Wayne, Indiana, on December 2, 2009.

The application for payment of unclaimed funds, filed on behalf of Alcoa, Inc., is DENIED, without prejudice to resubmission, due to the failure to comply with the requirements of N.D. Ind. L.B.R. B-3011-1(c).

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court