UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN THE MATTER OF: )
)
WHITE TRAILER, INC. )    CASE NO.    96-40623
)
)
Debtor )

### ORDER DENYING PAYMENT OF FUNDS

At Fort Wayne, Indiana, on December 2, 2009.

The application for payment of unclaimed funds, filed on behalf of I & I Material Handling, Inc., is DENIED, without prejudice to resubmission, due to the failure to comply with the requirements of N.D. Ind. L.B.R. B-3011-1(c).

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court