UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN THE MATTER OF:                           )
                                            )
WHITE TRAILER, INC.                         )          CASE NO.      96-40623
                                            )
                                            )
            Debtor                          )

**ORDER DENYING PAYMENT OF FUNDS**

At Fort Wayne, Indiana, on December 2, 2009.

The application for payment of unclaimed funds, filed on behalf of International Container

Express, Inc., is DENIED, without prejudice to resubmission, due to the failure to comply with the

requirements of N.D. Ind. L.B.R. B-3011-1(c).

SO ORDERED.


                                    /s/ Robert E. Grant
                                    Judge, United States Bankruptcy Court