UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN THE MATTER OF: )
)
WHITE TRAILER, INC. )   CASE NO.    96-40623
)
)
Debtor )

**ORDER DENYING PAYMENT OF FUNDS**

At Fort Wayne, Indiana, on December 2, 2009.

The application for payment of unclaimed funds, filed on behalf of Mid-American Truck Maintenance, Inc., is DENIED, without prejudice to resubmission, due to the failure to comply with the requirements of N.D. Ind. L.B.R. B-3011-1(c).

SO ORDERED.

/s/ Robert E. Grant
Judge, United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0755-4          User: mjc              Page 1 of 1           Date Rcvd: Dec 02, 2009
Case: 96-40623                Form ID: pdf004        Total Noticed: 1

The following entities were noticed by first class mail on Dec 04, 2009.
db              White Trailer Corporation,    One Water Tower Drive,    Monon, IN    47959

The following entities were noticed by electronic transmission.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2009**                    Signature:    _Joseph Speetjens_