## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Hammond Division at Lafayette

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>White Trailer Corporation fka Monon Corporation, A Delaware Corporation<br>58–1607721<br>One Water Tower Drive<br>Monon, IN 47959<br><br>AS CONSOLIDATED WITH 96–12098 White Trailer, Inc. fka Monon Trailer, Inc., a Delaware Corporation<br>59–2637416<br>17805 Volbrecht Road<br>Lansing, IL 60438 | )<br>)<br>)<br>) Case Number: 96–40623–reg<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 7<br>)<br>)<br>)<br>)<br>) |

# ORDER

Dated at Lafayette , Indiana on March 31, 2010 .

Alan Naggatz , counsel for Wilbert, Inc. , has filed a(n) motion to recover unclaimed funds without having "first file[d] a formal written appearance," as required by N.D. Ind. L.B.R. B–9010–2(a). That filing will be stricken, without further notice, unless, within seven (7) days of this date, counsel files a written appearance, as required by the local rules of this court, and, unless counsel is already a member of the bar of the United States District Court for the Northern District of Indiana, a motion to appear pro hac vice, in accordance with N.D. Ind. LR 83.5(c). The court will take no further action with regard to counsel's filing and any time limits associated with it, e.g. 11 U.S.C. §362(e), shall not begin to run until this order is complied with.

SO ORDERED.

Robert E. Grant
Judge, United States Bankruptcy Court