## Notice Recipients

District/Off: 0755–4 | User: mjc | Date Created: 3/31/2010
Case: 96–40623–reg | Form ID: 317 | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    White Trailer Corporation    One Water Tower Drive    Monon, IN 47959

TOTAL: 1