UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN RE: | ) | |
| WHITE TRAILER CORPORATION F/K/A | ) | CHAPTER 7 |
| MONON CORPORATION | ) | CAUSE NO. 96-40623 |
| | ) | |
| DEBTOR(S) | ) | |

## NOTICE OF APPEARANCE

Comes now Alan D. Naggatz, attorney at law and now appears herein for the Dilks & Knopik, LLC, attorney in fact for Wilbert, Inc.

Dated: April 1, 2010

/s/ Alan D. Naggatz
Alan D. Naggatz/17479-64
Law Offices of Alan D. Naggatz
175 W. Lincolnway, Suite I
Valparaiso, IN 46383
(219) 476-7222

## CERTIFICATE OF SERVICE

I certify that on April 1, 2010, service of true and complete copies of the Appearance was made upon the following Distribution List herein, electronic filing notice or by depositing the same in the United States Mail, in envelopes properly addressed to each of them and with sufficient first class postage affixed.

/s/ Alan D. Naggatz

Distribution:
Debtor(s): White Trailer Corporation f/k/a Monon Corporation, One Water Tower Drive, Monon, IN 47959-first class mail
Trustee: Daniel L. Freeland, 9105 Indianapolis, Blvd., Highland, IN 46322-electronic
US Trustee, 100 East Wayne Street, Room 555, South Bend, IN 46601-electronic
US Attorney, 5400 Federal Plaza, Ste 1500, Hammond, IN 46320-1st class mail