UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| WHITE TRAILER, INC. | ) | CASE NO.    96-40623 |
| | ) | |
| | ) | |
| Debtor | ) | |

### ORDER DENYING MOTION FOR UNCLAIMED FUNDS

At Fort Wayne, Indiana, on May 6, 2010.

In that the court has no record of any funds having been deposited on behalf of Wilbert, Inc, its motion for payment of unclaimed funds is DENIED, without prejudice to resubmission. See, N.D. Ind. L.B.R. B-3011-1(b). See also, In re O'Boise Corp., 2009 Bankr. LEXIS 79; In re Chochos, 2007 WL 1810556 (Bankr. N.D. Ind. 2007).

SO ORDERED.

/s/ Robert E. Grant
Chief Judge, United States Bankruptcy Court