UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF THE STATE OF INDIANA
HAMMOND DIVISION

IN RE:                                                          Case No. 96-40623
White Trailer, Inc. AKA White Trailer    )    (Chapter 7)
Corporation,                                              )

DEBTOR

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Locrite Machine & Manufacturing, Inc. (the "Claimant") a claimant in the captioned case respectfully requests as follows:

Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $2,120.53  The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347

2.  Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate

Locrite Machine & Manufacturing, Inc.
SSN/EIN  36-3861383

By: *W. Anthony Walker* (signature)
W. Anthony Walker, ID # 19911-45
4858 Broadway
Gary, IN  46408
(219) 887-2626
Attorney for Locrite Machine & Manufacturing, Inc./Greg Griffith

## CERTIFICATE OF MAILING

I hereby certify that on **JUNE 30, 2010**, I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
5400 Federal Plaza
Hammond, IN 46320

United States Trustee
555 One Michiana Avenue
100 Wayne Street
South Bend, IN 46601

*W. Anthony Walker*

W. Anthony Walker, ID # 19911-45

Trustee:
Daniel L. Freeland
9105 Indianapolis Blvd
Highland, IN 46322

-2-

# LIMITED POWER OF ATTORNEY

Locrite Machine & Manufacturing, Inc., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

## ONLY to recover cash or cash equivalents specifically arising from the bankruptcy of White Trailer, Inc. AKA White Trailer Corporation, that belong to the Principal,

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 24 day of JUNE, 2009.

**PRINCIPAL:**
Locrite Machine & Manufacturing, Inc.
Federal ID # 36-3861383
By: [signature]
Title: PRESIDENT/OWNER

**PRINCIPAL'S ADDRESS:**

4995 N Saddle Drive
Beverly Hills, FL 34465
(352) 746-7741

## ACKNOWLEDGMENT

STATE OF Florida )
COUNTY OF Citrus )

KERRI L. ZIRIN
Notary Public, State of Florida
Commission No. DD 763606
My Commission Expires 4/27/12

Before me a Notary Public, in and for said County and State on this 24th day of June, 2009 personally appeared Laurel J. Kriess to me known to be the identical person who subscribed his/her name to the foregoing instrument as its President (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
4/27/12

[signature]
Notary Public

This person provided a Florida Drivers License as identification and is not personally known to me.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| In Re: | ) | 96-40623 |
| | ) | |
| White Trailer, Inc. AKA White Trailer Corporation | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

## AFFIDAVIT OF CREDITOR

Locrite Machine & Manufacturing, Inc. the undersigned creditor in the above referenced case, being first duly sworn upon oath, states as follows:

1. Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013, has been granted a power of attorney by Locrite Machine & Manufacturing, Inc. to submit an Application for Payment from Unclaimed Funds seeking payment of its claim(s) due and owing to Locrite Machine & Manufacturing, Inc. as a creditor in the above referenced bankruptcy case.

2. My name, address and telephone number are as follows:

   Locrite Machine & Manufacturing, Inc.
   4995 N Saddle Drive
   Beverly Hills, FL 34465
   (352) 746-7741

3. Locrite Machine & Manufacturing, Inc. has neither previously received remittance for its claim(s) nor has contracted with any other party other than the party named in item one above to recover these funds The right to this payment has not, in any way, been assigned or transferred to any other entity.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

6/25/2009
Date

Locrite Machine & Manufacturing, Inc.
4995 N Saddle Drive
Beverly Hills, FL 34465
SS# or FID# 36-3861383

## ACKNOWLEDGMENT

STATE OF Florida
COUNTY OF Citrus

KERRI L. ZIRIN
Notary Public, State of Florida
Commission No. DD 763606
My Commission Expires 4/27/12

Before me a Notary Public, in and for said County and State on this 25th day of June, 2009 personally appeared Laurel J Krieps to me known to me to be the identical person who subscribed his/her name to the foregoing instrument as its President, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
4/27/12

Notary Public

This person provided a Florida Drivers License as identification and is not personally known to me.

PH (708) 526-7386                                    FAX (708) 526-4067



**LAUREL J. KRIEPS**
President

27918 West Lakeview Drive        •        Wauconda, IL 60084

| a Control number | 22222 | Void ☐ | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number 36-3861383 | | | | 1 Wages, tips, other compensation 50001.04 | 2 Federal income tax withheld 6120.04 |
| c Employer's name, address, and ZIP code LOCRITE MACHINE & MFG. INC. 2434B W. WADSWORTH ROAD WAUKEGAN, IL 60087 | | | | 3 Social security wages 50001.04 | 4 Social security tax withheld 3100.06 |
| | | | | 5 Medicare wages and tips 50001.04 | 6 Medicare tax withheld 725.02 |
| | | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number ▓▓▓▓-3026 | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name (first, middle initial, last) LAUREL J. KRIEPS 27918 W LAKEVIEW DRIVE WAUCONDA, IL 60084 | | | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | | | 13 See instrs. for box 13 | 14 Other |
| | | | | 15 Statutory employee ☐   Deceased ☐   Pension plan ☐   Legal rep. ☐   Deferred compensation ☐ | |
| f Employee's address and ZIP code | | | | | |
| 16 State IL | Employer's state I.D. no. | 17 State wages, tips, etc. 50001.04 | 18 State income tax 1500.20 | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |

Form **W-2** Wage and Tax Statement **2000**

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration;

46-0971237

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.



PH (708) 526-7386                    FAX (708) 526-4067

 LOC

**LAUREL J. KRIEPS**
President

27918 West Lakeview Drive            Wauconda, IL 60084

| a Control number 22222 | Void ☐ | For Official Use Only ▷ OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employer identification number 36-3861383 | | | 1 Wages, tips, other compensation 50001.04 | 2 Federal income tax withheld 6120.04 |
| c Employer's name, address, and ZIP code LOCRITE MACHINE & MFG. INC. 2434B W. WADSWORTH ROAD WAUKEGAN, IL 60087 | | | 3 Social security wages 50001.04 | 4 Social security tax withheld 3100.06 |
| | | | 5 Medicare wages and tips 50001.04 | 6 Medicare tax withheld 725.02 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number ███-██-3026 | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name (first, middle initial, last) LAUREL J. KRIEPS | | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| 27918 W LAKEVIEW DRIVE WAUCONDA, IL 60084 | | | 13 See instrs. for box 13 | 14 Other |
| | | | 15 Statutory employee ☐   Deceased ☐   Pension plan ☐   Legal rep. ☐   Deferred compensation ☐ | |
| f Employee's address and ZIP code | | | | |
| 16 State IL | Employer's state I.D. no. | 17 State wages, tips, etc. 50001.04 | 18 State income tax 1500.20 | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |

Form **W-2** Wage and Tax Statement **2000**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration;



# CYBERDRIVEILLINOIS
JESSE WHITE
SECRETARY OF STATE

SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## CORPORATION FILE DETAIL REPORT

| Entity Name | LOCRITE MACHINE & MANUFACTURING, INC. | File Number | 57114673 |
|---|---|---|---|
| Status | DISSOLVED | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 12/22/1992 | State | ILLINOIS |
| Agent Name | LAUREL J KRIEPS | Agent Change Date | 01/15/1997 |
| Agent Street Address | 27918 WEST LAKEVIEW DRIVE | President Name & Address | LAUREL J KRIEPS 27918 W LAKEVIEW DR WAUCONDA 60084 |
| Agent City | WAUCONDA | Secretary Name & Address | INVOLUNTARY DISSOLUTION 05 01 98 |
| Agent Zip | 60084 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 1997 |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF THE STATE OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:<br>White Trailer, Inc. AKA White Trailer Corporation,<br><br>DEBTOR | ) <br> ) Case No. 96-40623<br> )    (Chapter 7)<br> )<br> ) |

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of Locrite Machine & Manufacturing, Inc. SSN/EIN 36-3861383 (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $2,120.53) be paid to Locrite Machine & Manufacturing, Inc. in care of W. Anthony Walker, 4858 Broadway, Gary, IN, 46408.

Dated this    day of _____, 200_

_____
United States Bankruptcy Judge

CC: Nancy Noecker, South Bend Division

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| WHITE TRAILER CORPORATION | ) CHAPTER 7 |
| F/K/A MONON CORPORATION | ) CAUSE NO. 96-40623 |
| | ) |
| DEBTOR(S) | ) |

**NOTICE OF APPLICATION FOR DIRECT PAYMENT OF FUNDS**

On June 30, 2010, Locrite Machine & Manufacturing, Claimant, by its counsel, William Anthony Walker, filed an Application for Order Directing Payment of Funds asking the Court to release unclaimed funds due to the Claimant. A copy of said Application accompanies this Notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney; if you do not have an attorney, you may wish to consult one**.

If you do not want the Court to issue an Order granting said Application, then on or before **July 30, 2010,** you or your attorney must:

1. File a written objection to the application, which should explain the reasons for your objection, with the Clerk of the United States Bankruptcy Court at:

> 230 N. Fourth Street
> P.O. Box 890
> Lafayette, IN 47902-0890.

2. You must also mail copies of your objection to:

> W. Anthony Walker, Attorney for Applicant, 363 S. Lake St., Gary, IN 46403
> Trustee: Daniel L. Freeland, 9105 Indianapolis Blvd., Highland, IN 46322;
> US Trustee, 100 East Wayne Street, Room 555, South Bend, IN 46601; and
> US Attorney, 5400 Federal Plaza, Suite 1500, Hammond, IN 46320.

If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend

DATED: June 30, 2010

/s/ W. Anthony Walker
W. Anthony Walker / 19911-45
363 S. Lake St.
Gary, IN 46403
(219)887-2626

# CERTIFICATE OF SERVICE

I certify that on June 30, 2010, service of true and complete copies of this APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. §347 AND 28 U.S.C. §§2041 ET SEQ. was made upon the following Distribution List herein by depositing the same in the United States Mail, in envelopes properly addressed to each of them and with sufficient first class postage affixed.

/s/ W.Anthony Walker

Trustee: Daniel L. Freeland, 9105 Indianapolis Blvd., Highland, IN 46322
US Trustee: 100 East Wayne Street, Room 555, South Bend, IN 46601 (electronic notice)
US Attorney: 5400 Federal Plaza, Suite 1500, Hammond, IN 46320 (1st class mail)