UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN THE MATTER OF:                         )
                                          )
WHITE TRAILER, INC.                       )          CASE NO.    96-40623
                                          )
                                          )
        Debtor                            )

## ORDER DENYING PAYMENT OF FUNDS

At Fort Wayne, Indiana, on August 6, 2010.

The application for payment of unclaimed funds, filed on behalf of Arthur Anderson & Company, is DENIED, without prejudice to resubmission, due to the failure to comply with the requirements of N.D. Ind. L.B.R. B-3011-1(c).

SO ORDERED.

_____*/s/ Robert E. Grant*_____
Chief Judge, United States Bankruptcy Court